UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:25-cr-21-TPB-PRL
    8 U.S.C. § 1326(a)

CORNELIO ARMIN LUCAS-RIVAS
a/k/a Amalio Romeo Lucas-Rivas

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Illegal Re-Entry by Deported Alien)

On or about January 19, 2025, in the Middle District of Florida, the defendant,

**CORNELIO ARMIN LUCAS-RIVAS,**
**a/k/a Amalio Romeo Lucas-Rivas,**

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about September 17, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ Sarah Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney

By: /s/ Robert E. Bodnar, Jr.
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
February 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

CORNELIO ARMIN LUCAS-RIVAS
a/k/a Amalio Romeo Lucas-Rivas

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

███████████████

Foreperson

Filed in open court this 4th day of February 2025.

_M Taylor_
Clerk

Bail $_____

GPO 863 525